**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com

Attorneys for Plaintiff, ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 5:14-cv-05401-LHK<br><br>**REQUEST FOR DISMISSAL OF THE ACTION** |

   Plaintiff, ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul") hereby requests that the Court dismiss the entire action, based on the following.

   1.   St. Paul and Westchester Fire Insurance Company reached a settlement in principle and the parties have since fully executed a formal settlement agreement. **[Dkt. 11]**

   4.   The settlement agreement provides, in part, that upon the happening of certain conditions, St. Paul would dismiss Westchester Fire Insurance Company from this action with prejudice. Those conditions have been satisfied.

///
///
///

5.	Pursuant to the settlement agreement, St. Paul and Westchester Fire Insurance Company have agreed to bear their own costs and fees related to this action.

The Clerk shall close the case file.

Dated: July 2, 2015                     **THE AGUILERA LAW GROUP, APLC**

By: *s/: Kari M. Myron*
    Kari M. Myron
    Attorney for Plaintiff, ST. PAUL FIRE AND MARINE INSURANCE COMPANY



2